GALIA Z. AMRAM (SBN 250551)
GAmram@mofo.com
ANNIE A. LEE (SBN 328802)
AnnieLee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, CA  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SANDRA ANN ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>SANDRA ANN ZUNIGA,<br><br>           Defendant. | Case No. 3:21-CR-00096-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING RE: SENTENCING**<br><br>Ctrm:   2 – 17th Floor<br>Judge:  Honorable William H. Orrick |

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING
RE: SENTENCING / CASE NO. 3:21-CR-00096-WHO

## STIPULATION

The matter is set for a status hearing on June 15, 2023, at 1:30 p.m. The parties respectfully request that the status hearing be continued for another three months to September 28, 2023. In the interim, the Defendant will continue to provide cooperation pursuant to the terms of her plea agreement.

SO STIPULATED.

Dated: June 9, 2023                     MORRISON & FOERSTER LLP

By: */s/ Galia Z. Amram*
GALIA Z. AMRAM

Attorneys for Defendant
SANDRA ANN ZUNIGA

Dated: June 9, 2023

By: */s/ David Ward*
DAVID WARD

Assistant United States Attorneys
U.S. Attorney's Office

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I, Galia Z. Amram, attest that concurrence in the filing of this document has been obtained.

Dated: June 9, 2023                 By: */s/ Galia Z. Amram*
GALIA Z. AMRAM

## [PROPOSED] ORDER

Pursuant to stipulation, the above-captioned matter will be set for a status hearing regarding sentencing on September 28, 2023 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE