GALIA Z. AMRAM (SBN 250551)
GAmram@mofo.com
ANNIE A. LEE (SBN 328802)
AnnieLee@mofo.com
CAMILLE FRAMROZE (SBN 32075)
CFramroze@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, CA  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
SANDRA ANN ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>SANDRA ANN ZUNIGA,<br><br>             Defendant. | Case No. 3:21-CR-00096-WHO<br><br>**PROOF OF SERVICE**<br><br>Ctrm:     2 – 17th Floor<br>Judge:   Honorable William H. Orrick |

# PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 7, 2023, I served a copy of:

**DEFENDANT SANDRA ANN ZUNIGA'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**DECLARATION OF ANNIE A. LEE IN SUPPORT OF DEFENDANT SANDRA ANN ZUNIGA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CRIMINAL L.R. 56-1**

**PROPOSED ORDER**

**SENTENCING MEMORANDUM OF SANDRA ANN ZUNIGA (UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)**

**APPENDIX A**

**APPENDIX B (UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

David J. Ward  
U.S. DEPARTMENT OF JUSTICE,  
ANTITRUST DIVISION  
San Francisco Field Office  
450 Golden Gate Avenue  
Room 10-0101, Box 36046  
San Francisco, CA 94102  
Email: david.ward@usdoj.gov

*Attorneys for Plaintiff*  
UNITED STATES OF AMERICA

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 7th day of December, 2023.

| Annie A. Lee | */s/ Annie A. Lee* |
|---|---|
| (typed) | (signature) |

CASE NO. 3:21-CR-00096-WHO
sf-5686441

PROOF OF SERVICE   3